```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
J.K., individually and on behalf of S.K.,                              :
a Child with a Disability,                                             :
                                                                       :
                            Plaintiff,                                 :     20 Civ. 10514 (JPC)
                                                                       :
             -v-                                                       :     ORDER
                                                                       :
NEW YORK CITY DEPARTMENT                                               :
OF EDUCATION,                                                          :
                                                                       :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 27, 2021, the Court ordered the parties to submit a joint letter by November 23, 2021 regarding the status of this case. Dkt. 21. The parties failed to submit a status letter by the November 23, 2021 deadline. Accordingly, it is hereby ORDERED that, by November 30, 2021, the parties shall submit a status letter as set forth in the October 27, 2021 Order.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge