UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                            :

J.K., individually and on behalf of S.K.,     :
a Child with a Disability,

                                     :

                    Plaintiff,     :          20 Civ. 10514 (JPC)
                                     :

      -v-                        :          <u>ORDER</u>
                                     :

NEW YORK CITY DEPARTMENT        :
OF EDUCATION,

                                     :

                  Defendant.    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 3, 2022, the Court ordered the parties to submit a joint letter by June 24, 2022

regarding the status of this case.  Dkt. 36.  The parties failed to submit a status letter by the June

24, 2022 deadline.  Accordingly, it is hereby ORDERED that, by June 29, 2022, the parties shall

submit a status letter as set forth in the June 3, 2022 Order.

      SO ORDERED.

Dated: June 27, 2022
      New York, New York                    JOHN P. CRONAN
                                    United States District Judge