

| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W. Simone Nicholson<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2394<br>Mobile: (646) 391-6899 |
|---|---|---|

July 29, 2022

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*The parties' request is granted. The parties shall submit any required settlement documents for the Court's approval by August 19, 2022.*

*SO ORDERED.*

Date: *August 1, 2022*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re:    *J.K., et. al. v. Dep't of Education,* 20-cv-10514 (JPC)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys 'fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties respectfully request a brief extension to provide the Court with the closing paperwork. The parties' agreement to settle the case remains in place. Defendant is still in the process of preparing the final paperwork and expects that to be done within the next three weeks, and does not anticipate any further delay. This is a fees-only claim and will not require the submission of an infant compromise order.

Accordingly, the parties respectfully request a further three weeks to provide the Court with the required settlement documents.

Thank you for considering this request.

Respectfully submitted,

Simone Nicholson
/s/ _____
Special Assistant Corporation Counsel

cc:    Irina Roller (via ECF)