```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
J.K., individually and on behalf of S.K.,                        :
a Child with a Disability,                                       :
                                                                 :
                           Plaintiff,                            :    20 Civ. 10514 (JPC)
                                                                 :
           -v-                                                   :         ORDER
                                                                 :
NEW YORK CITY DEPARTMENT                                         :
OF EDUCATION,                                                    :
                                                                 :
                           Defendant.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 1, 2022, the Court granted the parties' request for an extension of the deadline to submit any required settlement documents for the Court's approval until August 19, 2022. Dkt. 41. The August 19, 2022 deadline has passed and the docket does not reflect any settlement documents submitted by the parties. Accordingly, it is hereby ORDERED that, by August 24, 2022, the parties shall submit any required settlement documents for the Court's approval.

SO ORDERED.

Dated: August 22, 2022
       New York, New York                         _____
                                                       JOHN P. CRONAN
                                                  United States District Judge